■ In the Matter of John Gordon, Petitioner, v John Burge, as Superintendent of Auburn Correctional Facility, Respondent. [803 NYS2d 476]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Peter E. Corning, A.J.], entered December 6, 2004) to review a determination of respondent.

The determination found after a Tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present— Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.